IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| ROSSI WADE & DAUGHTER (JANE DOE) ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> TRUIST BANK, et al., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No. 1:20-cv-169 <br><br> Hon. Liam O'Grady |

### ORDER

This matter comes before the Court on Plaintiffs' Complaint. Dkt. 1. Though this Complaint was filed as a new case, it is in fact an amended complaint in Plaintiff Rossi Wade's earlier action, *Wade v. Suntrust Bank & Employees*, 1:19-cv-1447, which was dismissed without prejudice on December 30, 2019 for both insufficient service and failure to state a claim. The Complaint here has failed to remedy the pleading deficiencies of the complaint in the first case, does not meet federal pleading standards, and does not set forth a viable cause of action.

Accordingly, the Complaint must be dismissed. Because this Complaint is effectively an amended complaint, it is **DISMISSED WITH PREJUDICE**. Plaintiff Rossi Wade's Motion for Leave to Proceed *in forma pauperis*, Dkt. 2, is accordingly **DENIED AS MOOT**.

It is **SO ORDERED**.

February 26, 2020
Alexandria, Virginia

Liam O'Grady
United States District Judge